# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0031

VERSUS

TERRY L. FLANAGAN

**MAY 18, 2026**

---

In Re:     Terry L. Flanagan, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-22-04145.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED AS MOOT.**  This court rendered a decision on
relator's appeal.  <u>See</u> **State v. Flanagan**, 2024-1103 (La. App. 1st
Cir. 4/16/26), ___ So.3d ___, 2026 WL 1044584.  Accordingly, the
request for mandamus relief is moot.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT